# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1497

_____

Jarell Davis Terry

*Plaintiff - Appellant*

v.

Sam Guiltner, Corporal, North Central Unit; Jared Walker, Corporal, North Central Unit (originally named as Walker); Cody Garris, Disciplinary Hearing Clerk, North Central Unit; Stephen Williams, Warden, North Central Unit; Terrie L. Banister, Disciplinary Hearing Officer, Arkansas Department of Correction; Raymond Naylor, Disciplinary Hearing Administrator, Arkansas Department of Correction; Dexter Payne, Director, Arkansas Department of Correction, in his official capacity; Wendy Kelley, in her individual capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Batesville

_____

Submitted: November 3, 2020
Filed: November 6, 2020
[Unpublished]

_____

Before BENTON, WOLLMAN, AND SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Jarell Terry appeals following the district court's[1] dismissal of some of his claims for failure to state a claim, and adverse grant of summary judgment on his remaining claims. Having carefully reviewed the record and the parties' arguments on appeal, we agree for the reasons stated by the district court. See Morris v. Cradduck, 954 F.3d 1055, 1058 (8th Cir. 2020) (de novo review of grant of summary judgment); Kaden v. Slykhuis, 651 F.3d 966, 968 (8th Cir. 2011) (per curiam) (de novo review of dismissal under 28 U.S.C. § 1915A); Fletcher v. Conoco Pipe Line Co., 323 F.3d 661, 663 (8th Cir. 2003) (abuse of discretion review of denial of recusal motion).

The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable D. P. Marshall Jr., Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.